IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| **DAVID UPCHURCH** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | |
| | § | **Case No. 2:10-cv-02855-SHM-dkv** |
| | § | |
| **UNUM GROUP CORPORATION** | § | |
| a/k/a | § | |
| **UNUM PROVIDENT** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## NOTICE OF SETTLEMENT

COME NOW, the parties and notify the Court that the above referenced matter has been successfully negotiated and a settlement has been reached. In the very near future, Plaintiff will file a stipulation of dismissal with prejudice.

        Respectfully submitted,

        **ESKINS, KING & SEVIER, PC**

BY:   /s James E. King, Jr._____
        BRADLEY W. ESKINS (#19372)
        JAMES E. KING, JR. (#21219)
        50 North Front Street, Suite 770
        Memphis, Tennessee 38103
        (901)578-6902

        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing Notice on Mediation was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The Parties may access this filing through the Court's Electronic filing system.

                 /s James E. King, Jr.